UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES E. ANDERSON,

    Petitioner,

v.        Case No. 22-C-21

CLINTON BRYANT,

    Respondent.

## ORDER TO SUPPLEMENT THE RECORD AND FOR ARGUMENT

Petitioner James Anderson has filed a Petition seeking relief under 28 U.S.C. § 2254 from his state convictions for attempted first-degree intentional homicide, kidnapping, intimidation of a victim, strangulations/suffocation, false imprisonment, battery with substantial risk of great bodily harm, and disorderly conduct, all as acts of domestic violence. Anderson claims that his appellate counsel was ineffective in failing to assert claims that his trial attorney was deficient in failing to challenge the sufficiency of the evidence and the trial court's refusal to allow the jury to review the surveillance video of the scene outside of the gas station during their deliberations. Although the gas station video seems pertinent to Anderson's claims, the video is not a part of the record before this court.

To assist the court in evaluating Petitioner's claims, the parties should supplement the record with the video that Anderson claims should have been again shown to the jury during their deliberations. Accordingly, the Respondent is directed to file a copy of the video with the court within the next 20 days. In addition, the Clerk is directed to schedule this matter for argument shortly thereafter.

**SO ORDERED** at Green Bay, Wisconsin this 11th day of July, 2023.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge